UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| XIAODONG ZHONG,<br><br>      Plaintiff,<br><br>v.<br><br>DIR LA ASYLUM OFC et al.,<br><br>      Defendants. | Case No. 2:23-cv-00577-SB-SK<br><br>ORDER TO SHOW CAUSE RE: DISMISSAL FOR LACK OF PROSECUTION |

    On February 22, 2023, Plaintiff filed proof that all Defendants in this matter were served on February 8, 2023. Dkt. Nos. 9, 10, 11, 12, 13, 14 and 15. Defendants' responsive pleadings were due no later than April 10, 2023. No Defendant has filed a responsive pleading and Plaintiff has not sought entry of default or default judgment. Plaintiff is ordered to show cause, in writing, no later than April 18, 2023, why this action should not be dismissed for lack of prosecution.

    The Court will consider as an appropriate response to this Order to Show Cause the filing, on or before the above date, of an application for entry of default under Rule 55(a). No oral argument on this matter will be heard unless otherwise ordered by the Court. *See* Fed. R. Civ. P. 78; Local Rule 7-15.

    Upon receipt of the remedy mentioned above, this Order to Show Cause will be automatically discharged without further order. Failure to respond to the Order to Show Cause will result in the dismissal without prejudice of the action in its entirety.

IT IS SO ORDERED

Date: April 11, 2023

                                                      Stanley Blumenfeld, Jr.
                                                    United States District Judge